1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Michael Conroy

6

7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
10

11  MICHAEL CONROY,                  )   CASE NO. 2:20-cv-11305-JPR
                                     )
12                                   )
        Plaintiff,                   )    ORDER
13                                   )   AWARDING ATTORNEY'S
        v.                           )   FEES AND COSTS PURSUANT
14                                   )   TO THE EQUAL ACCESS TO
                                     )   JUSTICE ACT, 28 U.S.C.
15  KILOLO KIJAKAZI, Acting          )   § 2412(d) AND FOR COURT
    Commissioner of Social Security, )   COSTS PURSUANT TO 28
16                                   )   U.S.C. § 1920
                                     )
17      Defendant.                   )
                                     )
18

19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20  IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21  Justice Act in the amount of SIX-THOUSAND ONE-HUNDRED THIRTY-FOUR

22  DOLLARS and EIGHTEEN CENTS ($6,134.18), as authorized by 28 U.S.C. §

23  2412(d), and Court costs in the amount of FOUR-HUNDRED TWO DOLLARS

24  and NO CENTS ($402.00), pursuant to 28 U.S.C. § 1920, subject to the terms of

25  the Stipulation.

26  Dated: September 9, 2021

27                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
28

                                     1